IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>  Plaintiff,<br><br>v.<br><br>A2OKGXPBT9MKGW, et al.,<br><br>  Defendants. | Case No. 23-cv-03555<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeffrey Cummings** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on July 25, 2023 [53], in favor of Plaintiff FCA US LLC ("FCA" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant for willful use of counterfeit FCA Trademarks in connection with the offer for sale and/or sale of products through at least the Online Marketplaces, and FCA acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| JiaoYiKaiYiWangLuo | 48 |
| WeiTianHuaXiaoDian | 72 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

| | |
|---|---|
| Dated this 17th day of August 2023. | Respectfully submitted, |

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Quinn B. Guillermo
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
qguillermo@gbc.law

*Counsel for Plaintiff FCA US LLC*
